# SPECIAL ORDERS

In this section are orders of the Court (other than grants and denials of leave to appeal from the Court of Appeals) of general interest to the bench and bar of the state.

*Leave to Appeal Denied from the Attorney Discipline Board May 30, 2007:*
GRIEVANCE ADMINISTRATOR v TROMBLEY, No. 133099.

*Leave to Appeal Denied from the Attorney Discipline Board June 6, 2007:*
GRIEVANCE ADMINISTRATOR v BARNES, Nos. 132703, 132734.

*Rehearing Denied June 12, 2007:*
AL-SHIMMARI v DETROIT MEDICAL CENTER, No. 130078. Reported at 477 Mich 280.
CAVANAGH, WEAVER, and KELLY, JJ. We would grant rehearing.

*Order Entered June 15, 2007:*
DETROIT FIREFIGHTERS ASSOCIATION, IAFF LOCAL 344 v CITY OF DETROIT, No. 131463. Leave to appeal granted at 477 Mich 927. The motion for leave to file a supplemental brief is granted. In light of the new issues being raised on appeal, the parties are directed to file additional supplemental briefs by August 1, 2007, addressing whether *Metropolitan Council No 23 AFSCME v Center Line*, 78 Mich App 281 (1977), correctly held that jurisdiction to enforce section 13 of Act 312, MCL 423.243, resides in the circuit court, and whether the Michigan Employment Relations Commission has primary jurisdiction to enforce section 13, see *Travelers Ins Co v Detroit Edison Co*, 465 Mich 185 (2001). The Court will determine whether to schedule reargument of the case next term after consideration of the briefs filed pursuant to this order. The Michigan Municipal League, the Michigan Association of Counties, Michigan AFSCME Council 25, and the Michigan State AFL-CIO are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae. Reported below: 271 Mich App 457.

*Rehearing Denied July 9, 2007:*
PEOPLE v RANDY SMITH, No. 130245. Reported at 478 Mich 64.
CAVANAGH and KELLY, JJ. We would grant rehearing.

*Rehearing Denied July 16, 2007:*
PEOPLE v FRAZIER, No. 131041. Reported at 478 Mich 231.